KATE WELLS, SB# 107051
2600 Fresno Street
Santa Cruz, California 95062
Telephone: (831) 479-4475
Facsimile: (831) 479-4476

**E-filed 8/29/05**

Attorney for Plaintiff, EZEKIAL VAN WICKLER

GEORGE J. KOVACEVICH, SBN 48125
ATCHISON, BARISONE, CONDOTTI & KOVACEVICH
A Professional Corporation
333 Church Street
Santa Cruz, California 95060
Telephone: (831) 423-8383
Facsimile: (831) 423-9401

Attorneys for Defendants, CITY OF SANTA CRUZ, MARK EVELETH, BRENT NORTHRUP, CAREY LINDGREN, SCOTT CAMPBELL

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### E FILING CASE

| | |
|---|---|
| EZEKIAL VAN WICKLER, <br> Plaintiff, <br> vs. <br> CITY OF SANTA CRUZ/SANTA CRUZ POLICE DEPARTMENT; COUNTY OF SANTA CRUZ/DISTRICT ATTORNEY'S OFFICE; MARK EVELETH; BRENT NORTHRUP, CAREY LINDGREN, SCOTT CAMPBELL, <br> Defendants. | CASE NO. C 04 01792 JF RS <br><br> **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the parties that the above referenced case is dismissed with prejudice as to all defendants, each party to bear their own attorney's fees and costs.

///

///

LAW OFFICE OF KATE WELLS

Dated: 8/23/05

*[signature]*

KATE WELLS
Attorney for Plaintiff, EZEKIAL VAN WICKLER

ATCHISON, BARISONE, CONDOTTI & KOVACEVICH

Dated: 8/23/05            By: *[signature]*

GEORGE J. KOVACEVICH
Attorneys for Defendants CITY OF SANTA CRUZ, MARK EVELETH, BRENT NORTHRUP, CAREY LINDGREN, SCOTT CAMPBELL

## ORDER

IT IS HEREBY ORDERED BY STIPULATION OF THE PARTIES that this case is dismissed with prejudice as to all defendants, each party to bear their own attorney's fees and costs.

Dated: 8/29/05            /s/electronic signature authorized

THE HONORABLE JEREMY FOGEL
United States District Court Judge

Stipulation of Dismissal/Order        CASE NO. C-04-01792-JF-RS                2